**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**QUAMIRRIO EDWARDS** **PLAINTIFF**
**ADC #167913**

**v.** **Case No. 4:26-cv-00706-KGB**

**RICK D. NASH, *et al.*** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 16-1). No party has filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Quamirrio Edwards's complaint based on his failure to comply with the Court's September 14, 2026, Order and failure prosecute this lawsuit. *See* Local Rule 5.5(c) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this the 23rd day of November, 2026.

Kristine G. Baker
Chief United States District Judge